UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:24-cr-0169-TWP-MKK |
| | ) | |
| ERIC L. BATES, | ) | - 01 |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On July 8, and August 21, 2025, the Court held hearings on the Petitions for Warrant or

Summons for Offender Under Supervision filed on June 16, and August 6, 2025. Defendant

Bates appeared in person with his appointed counsel, William Dazey. The government appeared

by Samantha Spiro and Barry Glickman, Assistant United States Attorneys. U. S. Parole and

Probation appeared by Officers Kristine Talley and Katherine Lindley.

The Court conducted the following procedures in accordance with Fed. R. Crim. P.

32.1(a)(1) and 18 U.S.C. § 3583:

1.      The Court advised Defendant Bates of his rights and provided him with a copy of

the petitions. Defendant Bates orally waived his right to a preliminary hearing.

2.      After being placed under oath, Defendant Bates admitted violation numbers 1,

and 5. [Docket Nos. 10 and 19.]  Government orally moved to withdraw the remaining violations

which motion was granted by the Court; violation numbers 2, 3, and 4 dismissed.

3.      The allegations to which Defendant admitted, as fully set forth in the petitions,

are:

| Violation Number | Nature of Noncompliance |
|---|---|

1     **"You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court."**

Mr. Bates submitted a urinalysis sample on May 15, 2025, that tested positive for cannabinoids and cocaine. Mr. Bates admitted to marijuana use but denied using cocaine. As such, Mr. Bates' sample was forwarded for confirmation testing. The results confirmed positive for THC metabolite and cocaine metabolite benzoylecgonine. As previously reported to the Court, Mr. Bates also submitted urinalysis samples that tested positive for cannabinoids on July 26, 2024 and January 28, 2025.

5     **"You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court."**

Mr. Bates submitted a urinalysis sample on July 20, 2025, that tested positive for cocaine and amphetamines. Mr. Bates denied illicit substance use, and the sample was forwarded for confirmation testing. The sample confirmed positive for cocaine metabolite, amphetamine and methamphetamine.

4.      The parties stipulated that:

(a)      The highest grade of violation is a Grade B violation.

(b)      Defendant's criminal history category is V.

(c)      The advisory range of imprisonment applicable upon revocation of supervised release, therefore, is 18 to 24 months' imprisonment.

5.      The government argued for a sentence of 20 months' imprisonment with 1 year of supervised release to follow. Defendant argued for a term of house arrest.

The Magistrate Judge, having considered the relevant factors in 18 U.S.C. § 3553(a), *see* 18 U.S.C. § 3583, and as more fully set forth on the record, finds that the Defendant violated the condition in the petition, that his supervised release should be revoked, and that he should be

sentenced to the custody of the Attorney General or his designee for a period of 12 months and 1 day with a term of 2 years of supervised release to follow. In addition to the mandatory conditions of supervision, the following conditions of supervised release will be imposed:

1. You shall report to the probation office in the district to which you are released within 72 hours of release from the custody of the Bureau of Prisons.

2. You shall report to the probation officer in a manner and frequency directed by the court or probation officer.

3. You shall permit a probation officer to visit you at a reasonable time at home, or another place where the officer may legitimately enter by right or consent, and shall permit confiscation of any contraband observed in plain view of the probation officer.

4. You shall not knowingly leave the judicial district without the permission of the court or probation officer.

5. You shall answer truthfully the inquiries by the probation officer, subject to your 5th Amendment privilege.

6. You shall not meet, communicate, or otherwise interact with a person you know to be engaged, or planning to be engaged, in criminal activity. You shall report any contact with persons you know to be convicted felons to your probation officer within 72 hours of the contact.

7. You shall reside at a location approved by the probation officer and shall notify the probation officer at least 72 hours prior to any planned change in place or circumstances of residence or employment (including, but not limited to, changes in residence occupants, job positions, job responsibilities). When prior notification is not possible, you shall notify the probation officer within 72 hours of the change.

8. You shall not own, possess, or have access to a firearm, ammunition, destructive device or dangerous weapon.

9. You shall notify the probation officer within 72 hours of being arrested, charged, or questioned by a law enforcement officer.

10. You shall maintain lawful full time employment, unless excused by the probation officer for schooling, vocational training, or other reasons that prevent lawful employment.

11. You shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

3

12. As directed by the probation officer, you shall notify third parties who may be impacted by the nature of the conduct underlying your current or prior offense(s) of conviction and shall permit the probation officer to make such notifications and/or confirm your compliance with this requirement.

13. You shall make a good faith effort to follow instructions of the probation officer necessary to ensure compliance with the conditions of supervision.

    Justification: Conditions 1-13 are considered administrative in nature and will enable the probation officer to effectively supervise the offender within the community.

14. You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage.

15. You shall not use or possess alcohol.

16. You shall submit to substance abuse testing to determine if you have used a prohibited substance or to determine compliance with substance abuse treatment. Testing may include no more than 8 drug tests per month. You shall not attempt to obstruct or tamper with the testing methods.

17. You shall participate in a substance abuse or alcohol treatment program approved by the probation officer and abide by the rules and regulations of that program. The probation officer shall supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

18. You shall participate in a mental health treatment program, as approved by the probation officer, and abide by the rules and regulations of that program. The probation officer, in consultation with the treatment provider, shall supervise participation in the program (provider, location, modality, duration, intensity, etc.). You shall take all mental health medications that are prescribed by your treating physician.

    Justification: Conditions 14-18 are recommended to address the offender's mental health and substance abuse history and aid in ensuring compliance with a drug-free lifestyle.

19. You shall complete 100 hours of community service work. The probation officer shall supervise the participation inthe program by approving the program (agency, location, frequency of participation, etc.). You shall provide written verification of completed hours to the probation officer.

20. You shall participate in a vocational services program and abide by the rules and regulations of that program. Such program may include job readiness training and skills development training.

21. You shall participate in a cognitive behavioral program, such as Moral Reconation Therapy (MRT), at the direction of the probation officer and abide by the rules of the program.

    Justification: Conditions 19-21 will assist the offender in obtaining skills required to maintain employment and set the offender up for future success.

22. You shall pay restitution on a regular basis, jointly and severally with your codefendant.

23. You shall provide the probation officer access to any requested financial information and shall authorize the release of that information to the U.S. Attorney's Office for use in connection with the collection of any outstanding fines and/or restitution.

24. You shall not incur new credit charges, or open additional lines of credit without the approval of the probation officer.

25. You shall submit to the search by the probation officer of your person, vehicle, office/business, residence, and property, including any computer systems and hardware or software systems, electronic devices, telephones, and Internet-enabled devices, including the data contained in any such items, whenever the probation officer has a reasonable suspicion that a violation of a condition of supervision or other unlawful conduct may have occurred or be underway involving you and that the area(s) to be searched may contain evidence of such violation or conduct. Other law enforcement may assist as necessary. You shall submit to the seizure of contraband found by the probation officer. You shall warn other occupants these locations may be subject to searches.

26. You shall reside in a residential reentry center for up to 120 days. You shall abide by the rules and regulations of the facility.

    Justification: Condition 22-26 will assist the probation officer in monitoring the defendant for the protection of the community and to ensure the victims of the instant offense are made whole.

Defendant reviewed the above noted conditions with his attorney and waived the reading of the conditions.

Defendant Bates is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties have fourteen days after being served a copy of this Report and Recommendation to serve and file written objections with the District Judge.

So RECOMMENDED.

Date: 08/26/2025



M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system